# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| LESTER E. COX MEDICAL CENTER, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No.: 6:22-cv-3192 |
| AMNEAL PHARMACEUTICALS, LLC, et al. | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL WITH STATE COURT

COMES NOW Defendant McKesson Corporation ("McKesson") and hereby provides notice that, on July 28, 2022, McKesson filed with the Circuit Court of Greene County, State of Missouri, the Notice to Clerk of Removal (a copy of which is appended hereto as Exhibit 1). Confirmation of the filing of the Notice of Removal with the Circuit Court of Greene County is appended hereto as Exhibit 2.

Respectfully submitted,

**LEWIS RICE LLC**

DATED: July 28, 2022      By:    */s/ Oliver H. Thomas*
Oliver H. Thomas, #60676MO
Jerina D. Phillips #65103MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7711
Facsimile: (314) 612-7711
othomas@lewisrice.com
jphillips@lewisrice.com

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of July 2022, a true and correct copy of the foregoing was electronically filed and served on all counsel of record via the Court's CM/ECF system.

    */s/ Oliver H. Thomas*