# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LESTER E. COX MEDICAL CENTERS d/b/a COX MEDICAL CENTERS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 6:22-cv-03192-MDH |
| AMNEAL PHARMACEUTICALS, LLC, et al., | ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO SUPPLEMENT PROTECTIVE ORDER

The Parties jointly move this Court to supplement the Protective Order [Dkt No. 194] entered on March 23, 2023. Although the Protective Order as entered references Exhibit A (Acknowledgment and Agreement to be Bound by Protective Order) and Exhibit B (Certificate of Destruction of Documents), the Parties inadvertently failed to include Exhibits A and B when the Protective Order was submitted to the Court for entry. The Parties have conferred and agreed upon the form of Exhibits A and B, attached hereto, and hereby request that this Court enter an Order supplementing the Protective Order [Dkt. 194] to make these Exhibits part of the Protective Order applicable to this case.

Dated: July 17, 2023

Respectfully Submitted,

*/s/ Gregory W. Aleshire* (with permission)
Gregory W. Aleshire, #38691
William R. Robb, #43322
Kevin J. Rapp, #57974
ALESHIRE ROBB & RAPP
2847 S. Ingram Mill Road
Suite A-102
Springfield, MO 65804
Telephone: (417) 869-3737
Facsimile: (417) 869-5678
galeshire@aleshirerobb.com

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich, #39019
TUCKER ELLIS LLP
100 South 4th Street, Suite 600
St. Louis, MO 63102
Telephone: (314) 256-2550
Facsimile: (314) 256-2549
sandra.wunderlich@tuckerellis.com

and

| | |
|---|---|
| wrobb@aleshirerobb.com<br>kjrapp@aleshirerobb.com<br><br>John Bigler, #69863<br>BIGLER LAW OFFICE, LLC<br>4045 E. Sunshine<br>Suite 220<br>Springfield, MO 65809<br>Telephone: (417) 799-9583<br>Facsimile: (417) 888-6488<br>aj@biglerlawoffice.com<br><br>Robert A. Clifford, *pro hac vice*<br>Shannon M. McNulty, *pro hac vice*<br>Kristofer S. Riddle, *pro hac vice*<br>CLIFFORD LAW OFFICES, P.C.<br>120 North LaSalle, #3600<br>Chicago, Illinois 60602<br>Telephone: (312) 899-9090<br>rac@cliffordlaw.com<br>smm@cliffordlaw.com<br>ksr@cliffordlaw.com<br><br>John W. (Don) Barrett<br>(will seek *pro hac vice* admission)<br>David McMullan, Jr.<br>(will seek *pro hac vice* admission)<br>Richard Barrett<br>(will seek *pro hac vice* admission)<br>Sterling Starns<br>(will seek *pro hac vice* admission)<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095<br>Telephone: (662) 834-2488<br>Facsimile: (662) 834-2628<br>dbarrett@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>rrb@rrblawfirm.net<br>sstarns@barrettlawgroup.com<br><br>Michael J. Flannery, #52714<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016 | Charles Lifland<br>(*Admitted pro hac vice*)<br>Esteban Rodriguez<br>(*Admitted pro hac vice*)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6665<br>Facsimile: (231) 430-6407<br>clifland@omm.com<br>esrodriguez@omm.com<br>**Attorneys for Defendants Janssen Pharmaceuticals, Inc., Ortho-McNeil Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Johnson & Johnson**<br><br>*/s/ Susan M. Dimond* (with permission)<br>Richard C. Wuestling, #30773MO<br>Susan M. Dimond, #57434MO<br>Dustin L. Goldberger, #70080MO<br>ROBERTS PERRYMAN, P.C.<br>1034 S. Brentwood, Suite 2100<br>St. Louis, MO 63117<br>Telephone: (314) 421-1850<br>Facsimile: 9314) 421-4346<br>rwuestling@robertsperryman.com<br>sdimond@robertsperryman.com<br>dgoldberger@robertsperryman.com<br><br>Jenny A. Hergenrother (Admitted Pro Hac Vice)<br>ALSTON & BIRD, LLP<br>1201 W. Peachtree St., NE<br>Atlanta, GA 30309<br>Phone: (404) 881-4977<br>Email: jenny.hergenrother@alston.com<br><br>Matthew A. Durfee (Admitted Pro Hac Vice)<br>ALSTON & BIRD, LLP<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Phone: (214) 922-3428<br>Email: matt.durfee@alston.com<br>**Attorneys for Defendant Noramco, Inc.** |

mflannery@cuneolaw.com
*Attorneys for Plaintiffs*

*/s/ Mary Anne Mellow* (with permission)
Mary Anne Mellow, #33351
Mark A. Prost, #48822
Tyler Waugh #71305
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
Telephone: (314) 231-3332
mmellow@sandbergphoenix.com
mprost@sandbergphoenix.com
twaugh@sandbergphoenix.com

and

Rebecca Fitzpatrick, P.C.
(*pro hac vice* admission)
Zachary A. Ciullo
(*pro hac vice* admission)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
rebecca.fitzpatrick@kirkland.com
zac.ciullo@kirkland.com

Joseph N. Parsons *(Admitted pro hac vice)*
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 394-9590
jparsons@jonesday.com

Janine Cone Metcalf *(Admitted pro hac vice)*
Alaura Perdzock *(Admitted pro hac vice)*
JONES DAY
1221 Peachtree Street N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
jmetcalf@jonesday.com
aperdzock@jonesday.com

***Attorneys for Defendants Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.***

/s/ *Thomas E. Rice* (with permission)
Thomas E. Rice, #29946
Douglas P. Hill, #62950
Elizabeth M. Miller, #70250
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
rice@bscr-law.com
dhill@bscr-law.com
emiller@bscr-law.com

and

Laura K. Beasley, #60555
BAKER STERCHI COWDEN & RICE LLC
23 Public Square, Suite 400
Belleville, IL 62220
Telephone: (618) 202-5801
Facsimile: (618) 257-2678
lbeasley@bscr-law.com
**Attorneys for Defendant KVK-Tech, Inc.**

/s/ *Robert T. Haar* (with permission)
Robert T. Haar, #30044MO
Jozef J. Kopchick, #67685MO
HAAR & WOODS, LLP
1010 Market Street, Suite 1620
St. Louis, MO 63101
Telephone: (314) 241-2224
Facsimile: (314) 241-2227
roberthaar@haar-woods.com
jkopchick@haar-woods.com

and

Zachary Hill *(pro hac vice)*
MORGAN LEWIS & BOCKIUS, LLP
One Market,Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Telephone: (415) 442-1207
zachary.hill@morganlewis.com

Harvey Bartle IV (*pro hac vice*)
MORGAN LEWIS & BOCKIUS, LLP

1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 964-5000
harvey.bartle@morganlewis.com

Maureen Barber (*pro hac vice*)
MORGAN LEWIS & BOCKIUS, LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219
Telephone: (412) 560-3300
maureen.barber@morganlewis.com

Monica Pedroza (*pro hac vice*)
MORGAN LEWIS & BOCKIUS, LLP
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
monica.pedroza@morganlewis.com

***Attorneys for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Actavis Pharma, Inc., f/k/a Watson Pharma Inc., Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc., and Actavis Laboratories FL, Inc.***

<u>*/s/ Mary Anne Mellow* (with permission)</u>
Mary Anne Mellow, #33351
Mark A. Prost, #48822
Tyler Waugh #71305
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
Telephone: (314) 231-3332
mmellow@sandbergphoenix.com
mprost@sandbergphoenix.com
twaugh@sandbergphoenix.com

and

David B. Alden (Admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Telephone: (216) 586-7121
dbalden@JonesDay.com
***Attorneys for Defendant AbbVie Inc.***

*/s/ Robert T. Haar* (with permission)
Robert T. Haar, #30044MO
Jozef J. Kopchick, #67685MO
HAAR & WOODS, LLP
1010 Market Street, Suite 1620
St. Louis, MO 63101
Telephone: (314) 241-2224
Facsimile: (314) 241-2227
roberthaar@haar-woods.com
jkopchick@haar-woods.com

Evan Jacobs
(Admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 964-5000
evan.jacobs@morganlewis.com

and

Josh Rapoport
(Admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS, LLP
One Federal Street
Boston, MA 02110
Telephone: (617) 341-7846
josh.rapoport@morganlewis.com
***Attorneys for Anda, Inc***

James F. Bennett, #46826
Arsenio L. Mims, #68771
DOWD BENNETT LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jbennett@dowdbennett.com
amims@dowdbennett.com

Brian T. Himmel *(Admitted Pro Hac Vice)*
REED SMITH

225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
bhimmel@reedsmith.com

Louis W. Schack *(Admitted Pro Hac Vice)*
REED SMITH
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
lschack@reedsmith.com
**Attorneys for Defendant H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.**

*/s/ James F. Bennett* (with permission)
James F. Bennett, #46826
Arsenio L. Mims, #68771
DOWD BENNETT LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jbennett@dowdbennett.com
amims@dowdbennett.com

and

Rachel B. Weil (Admitted *pro hac vice*)
Abigail M. Pierce (Admitted *pro hac vice*)
Joseph J. Mahady (Admitted *pro hac vice*)
Robert A. Nicholas (Admitted *pro hac vice*)
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
rweil@reedsmith.com
abigail.pierce@reedsmith.com
jmahady@reedsmith.com
rnicholas@reedsmith.com

and

Charles Stanton Perry (Admitted *pro hac vice*)
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002

sperry@reedsmith.com

and

Steven J. Boranian (Admitted *pro hac vice*)
Adam D. Brownrout (Admitted *pro hac vice*)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
sboranian@reedsmith.com
abrownrout@reedsmith.com
***Attorneys for Defendant AmerisourceBergen Drug Corporation***


*/s/ Julie Fix Meyer* (with permission)
Julie Fix Meyer, #34361
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105-1847
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
jfixmeyer@atllp.com

and

Joseph S. Bushur, #69023
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
jbushur@wc.com
Telephone: (202) 434-5013
Facsimile: (202) 434-5029
***Attorneys for Defendant Cardinal Health, Inc.***


*/s/ Oliver H. Thomas* (with permission)
Oliver H. Thomas #60676MO
Jerina D. Phillips #65103MO
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101-1311
314.444.7711 (direct)
314.612.7711 (fax)
othomas@lewisrice.com
jphillips@lewisrice.com

Christian J. Pistilli (*pro hac vice forthcoming*)
Neil K. Roman (Admitted *pro hac vice*)
Nicholas J. Griepsma (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: 202.662.6000
cpistilli@cov.com
nroman@cov.com
ngriepsma@cov.com
***Counsel for Defendant McKesson Corporation***

## CERTIFICATE OF SERVICE

     I hereby certify that on July 17, 2023, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

*/s/ Sandra J. Wunderlich*