**EXHIBIT A**

**ACKNOWLEDGEMENT AND
AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

The undersigned hereby acknowledges that they have read and understand the Protective Order entered by the United States District Court, Western District of Missouri on March 23, 2023 in *Lester E. Cox Medical Centers d/b/a Cox Medical Centers, et al. v. Amneal Pharmaceuticals, LLC, et al., Case No. 6:22-cv-03192-MDH* (the "Protective Order"), and agree to be bound by its terms. I agree that I will not disclose in any manner any information or item that is subject to the Protective Order to any person or entity except in strict compliance with the provisions of the Protective Order.

The undersigned acknowledges that violation of the Protective Order may result in sanctions and penalties for contempt of court. The undersigned agrees to submit to the jurisdiction of the United States District Court, Western District of Missouri for the purposes of enforcing the terms of the Protective Order, even if such enforcement proceedings occur after termination of these proceedings.

Printed Name: _____

Job Title: _____

Employer: _____

Business Address: _____

_____

Date: _____

Signature: _____