**EXHIBIT B**

**CERTIFICATE OF DESTRUCTION OF DOCUMENTS**

Pursuant to the terms of the Protective Order entered by the United States District Court, Western District of Missouri on March 23, 2023 in *Lester E. Cox Medical Centers d/b/a Cox Medical Centers, et al. v. Amneal Pharmaceuticals, LLC, et al., Case No. 6:22-cv-03192-MDH* (the "Protective Order"), I hereby certify that any and all confidential electronically stored documents produced by Plaintiffs or Defendants in the above-referenced action in the possession of either Plaintiffs or Defendants, or their agents, representatives, experts, and consultants have been permanently deleted and/or destroyed consistent with the terms of the Protective Order.

Date: _____

Printed Name: _____

Signature: _____

Employer: _____

Title: _____