IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS d/b/a COX MEDICAL CENTERS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 6:22-cv-03192-MDH |
| AMNEAL PHARMACEUTICALS, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO SUPPLEMENT PROTECTIVE ORDER

Before the Court is the Parties' Joint Motion to Supplement Protective Order. (Doc. 257). The parties move the Court to supplement the protective order to include Exhibit A (Acknowledgment and Agreement to be Bound by Protective Order) and Exhibit B (Certificate of Destruction of Documents) as part of the Protective Order previously entered by the Court on March 23, 2023 (Doc. 194).

Wherefore, after a review of the record before the Court, the Court hereby **GRANTS** the Joint Motion to Supplement Protective Order. Exhibits A and B, attached to the Joint Motion to Supplement Protective Order, are hereby incorporated into and made a part of the Protective Order previously entered by the Court (Doc. 194).

**IT IS SO ORDERED.**

Dated:   July 18, 2023             *s/ Douglas Harpool*
                                                  Hon. Judge M. Douglas Harpool