IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LESTER E. COX MEDICAL CENTERS d/b/a COX MEDICAL CENTERS, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 6:22-cv-03192-MDH |
| AMNEAL PHARMACEUTICALS, LLC, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Stipulation for Plaintiff Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital Stipulation of Dismissal with Prejudice the claims against only Defendants Allergan Finance, LLC, Allergan Sales, LLC, Allergan USA, Inc., and AbbVie Inc. pursuant to their settlement agreements. (Doc. 425). After a review of the record before the Court,

**IT IS HEREBY ORDERED** that all claims of Plaintiff Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital against the Released Entities identified in these parties' settlement agreement, including Defendants Allergan Finance, LLC, Allergan Sales, LLC, Allergan USA, Inc., and AbbVie Inc. in the above-captioned matter, are hereby dismissed, with prejudice, with each party to bear its respective costs. **IT IS FURTHER ORDERED** that the joint motion to sever and stay Plaintiffs' claims against the Allergan defendants is denied as moot. (Doc. 415).

All of Dismissing Plaintiff Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital's claims against all other Defendants not released or dismissed herein, remain pending. This stipulation does not affect the rights or claims of any Plaintiff other than Plaintiff Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital.

**IT IS SO ORDERED**.

Date: January 25, 2024            */s/ Douglas Harpool*
                                                    Hon. Douglas Harpool
                                                    United States District Judge

2

Case 6:22-cv-03192-MDH    Document 430    Filed 01/25/24    Page 2 of 2