IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LESTER E. COX MEDICAL CENTERS, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Case No. 6:22-cv-03192-MDH |
| AMNEAL PHARMACEUTICALS, LLC, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

## ORDER

Before the Court is the Stipulation for Dismissal with Prejudice of Plaintiff Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital's claims against only Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Actavis Pharma, Inc. f/k/a Watson Pharma Inc., Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc., Actavis Laboratories FL, Inc., and Anda, Inc. pursuant to their settlement agreements. (Doc. 432). After a review of the record before the Court,

**IT IS HEREBY ORDERED** that all claims of Plaintiff Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital against the Released Entities identified in these parties' settlement agreement, including Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Actavis Pharma, Inc. f/k/a Watson Pharma Inc., Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc., Actavis

Laboratories FL, Inc., and Anda, Inc. in the above-captioned matter, are hereby dismissed, with prejudice, with each party to bear its respective costs.

All of Dismissing Plaintiff Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital's claims against all other Defendants not released or dismissed herein remain pending. This Order does not affect the rights or claims of any Plaintiff other than Plaintiff Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital.

**IT IS SO ORDERED**

Date: February 6, 2024  /s/ [SIGNATURE]
Hon. Douglas Harpool
United States District Judge