UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS d/b/a COX MEDICAL CENTERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS, LLC, et al., <br><br> Defendants. | CASE NO. 6:22-cv-03192-MDH |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Stipulation of Dismissal With Prejudice of Plaintiffs Cox Barton County Hospital, Cox-Monett Hospital, Inc. d/b/a Cox Monett Hospital, and The Skaggs Community Hospital Association d/b/a Cox Medical Center Branson, filed on February 27, 2024, wherein the said Plaintiffs dismiss all claims asserted against all defendants in the above matter with prejudice, with each party to bear its own costs and fees. After a review of the record before the Court,

**IT IS HEREBY ORDERED** that all claims of Plaintiffs Cox Barton County Hospital, Cox-Monett Hospital, Inc. d/b/a Cox Monett Hospital, and The Skaggs Community Hospital Association d/b/a Cox Medical Center Branson against all defendants in the above-entitled matter are hereby dismissed, with prejudice, with each party to bear its respective costs.

    **IT IS SO ORDERED.**

Dated: February 27, 2024                  _s/ Douglas Harpool_
                                                              HON. DOUGLAS HARPOOL
                                                              UNITED STATES DISTRICT JUDGE