

## ALESHIRE ROBB & RAPP

August 12, 2025

The Honorable M. Douglas Harpool
Western District Court of Missouri
222 N. John Q. Hammons Parkway, Ste. 3100
Springfield, MO 65806

      Re:    *Lester E. Cox Medical Centers et al v. Amneal Pharmaceuticals, LLC et al.*
             *Case No. 6:22-cv-03192-MDH-Status Report*

Dear Judge Harpool:

This is to advise the Court that all claims against the final remaining defendants were dismissed with prejudice by your April 10, 2025, Order of Dismissal (Doc. 523).

I apologize that it was not clear from the corresponding April 9, 2025, Stipulation of Dismissal (Doc. 521) that ***all claims against all defendants had been dismissed prior to, or as of, the April 10, 2025,*** Order of Dismissal.

Please advise me if the parties need to prepare any other filing for this matter to be closed.

Respectfully,

*Gregory W. Aleshire*

Gregory W. Aleshire

GWA:jj

2847 S. Ingram Mill Rd. Suite A-102   Springfield, MO. 65804   Telephone. 417.869.3737   Fax. 417.869.5678